UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MONICA MEDINA-ORTIZ,<br><br>    Defendant. | Case No.: 20-cr-03380-GPC-2<br><br>**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE**<br><br>[**ECF No. 87**] |

    On October 8, 2021, this Court convicted Monica Medina-Ortiz ("Defendant") of one count of Possession of Methamphetamine with Intent to Distribute and one count of Possession of Fentanyl with Intent to Distribute, both in violation of 21 U.S.C. § 841(a)(1). ECF No. 71. The Court sentenced Defendant to 49 months of imprisonment for each count to run concurrent, followed by three years of supervised release to follow. *Id.* at 2–3.[1]

    On December 4, 2023, Defendant filed a pro se motion to reduce her sentence under 18 U.S.C. § 3582(c)(2) pursuant to the new zero-point offender provision of

---

[1] Page numbers reflect CM/ECF pagination.

U.S.S.G. § 4C1.1.  ECF No. 87 at 3–4.  On April 12, 2024, the government opposed, arguing that Defendant does not qualify for a reduced sentence under the zero-point offender provision because Defendant has one criminal history point.  ECF No. 96 at 3.

  A defendant's offense level will be decreased by two levels if the defendant is a zero-point offender, meaning they "present zero criminal history points and satisfy the criteria listed in U.S.S.G § 4C1.1(a)." *United States v. Valenzuela*, 2024 WL 281644, at *1 (E.D. Cal. Jan. 25, 2024).  U.S.S.G. § 4C1.1(a)(1) requires that a defendant "not receive any criminal history points."  Defendant asserts that she is entitled to a reduction in her sentence because her criminal history category is I.  However, Defendant misreads the zero-point offender provision.  It only applies to defendants with zero criminal history points, not to defendants in criminal history category I.  Here, Defendant has one criminal history point based on a prior conviction.  ECF No. 56 ¶ 33.  Thus, Defendant is not a zero-point offender under U.S.S.G. § 4C1.1(a)(1).  Therefore, the Court declines to grant Defendant a sentence reduction based on the new zero-point offender provision under U.S.S.G. § 4C1.1.

  For the above reasons, the Court **DENIES** Defendant's motion to reduce her sentence under 18 U.S.C. § 3582(c)(2).

  **IT IS SO ORDERED.**

Dated:  May 29, 2025

Hon. Gonzalo P. Curiel
United States District Judge